COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

INITIAL APPEARANCE                                    **DATE:** 7/14/2006

BOND HEARING

DETENTION HEARING                          Digital Recording _11:02_ to _11:23am_

PRELIMINARY (EXAMINATION) (HEARING)

REMOVAL HEARING  [RULE 5]

ARRAIGNMENT

PRESIDING MAG. JUDGE _Delores Boyd_          **DEPUTY CLERK:** sql

CASE NO. 2:06mj69-DRB      **DEFT. NAME:** Rosa RINCON

USA: _Moorer_                    **DEFT. ATTY:** Jay Lewis

                                 Type Counsel: ( )Retained; ( ) (Panel CJA;) ( ) Waived; ( ) CDO

PTSO: ~~Thweatt~~ _Martin_

SPO:

Defendant __✓__ does _____ does NOT need an interpreter

Interpreter present _____ NO __✓__ YES  Name: Beverly Childress

___ Date of Arrest _7-13-06_ or ❑ Arrest Rule 5
✓ Deft. First Appearance. Advised of rights/charges. ❑Prob/Sup Rel Violator
   Deft. First Appearance with Counsel
   Deft. First Appearance without Counsel
✓ Requests appointed Counsel
   Financial Affidavit executed ❑ to be obtained by PTSO
   ORDER appointing Community Defender Organization
✓ Panel Attorney Appointed; ❑to be appointed - prepare voucher
   Deft. Advises he will retain counsel. Has retained _____
   ❑Government's ORAL Motion for Detention Hearing ❑ to be followed by written motion;
      ❑ Government's WRITTEN motion for Detention Hearing filed
   Detention Hearing ❑held; ❑ set for _____ at _____
   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
   ORDER OF DETENTION PENDING TRIAL entered
   Release order entered. Deft advised of conditions of release
   BOND EXECUTED (M/D AL charges) $ _____. Deft released
   BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
✓ Bond not executed. Deft to remain in Marshal's custody
   Deft. ORDERED REMOVED to originating district
   Waiver of ❑preliminary hearing; ❑ Waiver of Rule 40 Hearing
   Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
   ARRAIGNMENT ❑ HELD. Plea of NOT GUILTY entered. ❑Set for _____
            DISCOVERY DISCLOSURE DATE: _____
   NOTICE to retained Criminal Defense Attorney handed to counsel
   Identity/Removal Hearing set for _____
   Waiver of Speedy Trial Act Rights executed