IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-mj-69-DRB |
| | ) | |
| HECTOR R. SILVA and | ) | |
| ROSA E. RINCON | ) | |

### ORDER

On July 21, 2006, pursuant to Fed. R. Crim. P. 5.1, the court held a consolidated preliminary hearing pursuant to each defendant's oral motion.  Based on the evidence presented at the hearing by Alabama State Trooper Will Barnes, the court finds that there is probable cause to believe that an offense has been committed in violation of federal narcotics laws and that the defendants committed this crime.  Accordingly, it is

**ORDERED** that the defendants be held to answer the charges against him in this court.

Done this 21st day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE