IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:06-mj-069-DRB |
| | ) | |
| ROSA E. RINCON | ) | |

**MOTION FOR FUNDS TO EMPLOY INTERPRETER**

COMES NOW Defendant, by and through counsel, and prays that this Court will authorize him to employ Ms. Beverly M. Childress, 24178 Antioch Rd., Andalusia, AL 36420, as a translator in this case at the expense of the government. As grounds Defendant would show as follows:

1. Ms. Rincon does not speak English.

2. Ms. Rincon's attorney's facility with Spanish is inadequate to assure accurate communications and, thus, competent representation.

3. The absence of a federally certified interpreter would prejudice the right of Defendant to a fair trial.

4. Ms. Rincon is incarcerated, is indigent, and is without funds with which to employ an interpreter.

5. Ms. Childress is a federally certified interpreter who is well known to this Court. Ms. Childress has agreed to accept appointment.

WHEREFORE, the premises considered, Defendant prays that the Court will appoint, and/or permit counsel to employ at the expense of the government, Ms. Beverly Childress as interpreter for Defendant.

RESPECTFULLY SUBMITTED, this __24th__ day of July, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the _24_ day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Terry Moorer
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant