IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:06-MJ-069-DRB |
| | ) |
| ROSA E. RINCON | ) |

## ORDER ON MOTION

Upon consideration of Defendant's *Motion for Funds to Employ Interpreter,* (Doc. 25, filed July 24, 2006), it is

**ORDERED** that the *Motion* is **GRANTED** with two provisos: (1) that authorized expenses for such interpreter do not exceed $1,000.00, and (2) that counsel undertake, whenever possible, to schedule the services of certified interpreter Beverly Childress on dates she is already committed to this court for translator services in Montgomery.

DONE this 24th day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE